**Order filed October 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00547-CV
_____

**DEK-M NATIONWIDE, LTD, Appellant**

**V.**

**DAVID HILL D/B/A DOH OIL CO. CASSIE MOSELEY & DAVID MOSELEY AND COLORADO COUNTY CENTRAL APPRAISAL DISTRICT, Appellees**

On Appeal from the 2nd 25th District Court
Colorado County, Texas
Trial Court Cause No. 23,859

## O R D E R

The notice of appeal in this case was filed July 9, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 25, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.